IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK AGUIAR,

      Petitioner,                    No. CIV. S-10-1352 GGH P

    vs.

GARY SWARTHOUT, Warden, et al.,

      Respondents.          ORDER

_____/

      By an Order, filed on June 16, 2010, petitioner was directed, inter alia, either to submit the appropriate in forma pauperis affidavit or to pay the required $ 5.00 filing fee within twenty-eight days. See 28 U.S.C. §§ 1914(a); 1915(a). However, court records indicate that, on June 14, 2010, petitioner had paid the filing fee.

      Accordingly, IT IS ORDERED that petitioner has discharged his filing fee obligation, pursuant to 28 U.S.C. § 1914(a).

DATED: June 21, 2010                /s/ Gregory G. Hollows

                                         GREGORY G. HOLLOWS
                                         UNITED STATES MAGISTRATE JUDGE

GGH:009
agui1352.fee